UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  CV 11-3977-AJW                                    Date:  September 14, 2011

Title:   DAVE BARNUM VS. CREDIT COUNSEL, INC.

_____

PRESENT:  <u>HONORABLE ANDREW J. WISTRICH,  U.S. MAGISTRATE JUDGE</u>

Y. Benavides
Courtroom Deputy                              Court Reporter/CourtSmart


ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                              NO APPEARANCE

PROCEEDINGS:        ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

        Plaintiff(s) is ordered to show cause in writing no later than September 28,  2011, why this action
should not be dismissed for lack of prosecution.

        The Court will consider the filing of the following, as an appropriate response to this OSC, on or
before the above date:

        .

        ●        Answer by the defendant(s) or plaintiff's request for entry of default.

        .

                In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no
oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon
the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in
the dismissal of the action.


MINUTES FORM 90                                         Initials of Deputy Clerk_yb____
CIVIL -- GEN